IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MATTHEW BLAKE SAULS,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:10-cv-99 (CAR) |
| | : | |
| v. | : | |
| | : | |
| Detective JOHNNY CLEVELAND and | : | |
| Captain CAROLYN WEAVER, | : | |
| | : | |
| Defendants. | : | |

_____

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 5] to dismiss Plaintiff's claims against Defendant WEAVER in accordance with the Court's review under 28 U.S.C. § 1915(e)(2).  Plaintiff has not filed an objection to the Recommendation.  Having considered the matter, the Court agrees with the Magistrate Judge, and, accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.  The claims against Defendant WEAVER are hereby dismissed while the claims against Defendant CLEVELAND remain.

**SO ORDERED**, this 23rd day of April, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH