IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MATTHEW B. SAULS,<br><br>　　　　　　　Plaintiff<br>　　VS.<br><br>JOHNNY CLEVELAND,<br><br>　　　　　　　Defendant | NO. 5:10-CV-99 (MTT)<br><br><br>**PROCEEDINGS UNDER 42 U.S.C. § 1983**<br>**BEFORE THE U.S. MAGISTRATE JUDGE** |

# RECOMMENDATION

On March 11, 2010, the court issued an order providing instructions to the parties in the above-styled action. Tab #5. Therein, the court reminded plaintiff Matthew B. Sauls of his duty to diligently prosecute his action, as well as his responsibility to keep the court informed of a current mailing address. He was further advised that failure to comply with these instructions could lead to dismissal of pleadings and/or the case itself pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

On August 27, 2010, defendant Johnny Cleveland filed a motion seeking to compel responses to his request for interrogatories. Tab #11. On September 1, 2010, the court issued an order directing the plaintiff to respond to the motion and show cause why his action should not be dismissed for want of prosecution. Tab #12. On September 7, 2010, this order was returned to the court in an envelope marked "Return to Sender - Not Deliverable as Addressed - Unable to Forward." Tab #13. Other markings on the envelope indicated that the plaintiff has been discharged from the Crawford County Jail.

In light of the plaintiff's failure to comply with court's instructions outlined above, and in accordance with FEDERAL RULE OF CIVIL PROCEDURE 41(b), **IT IS RECOMMENDED** the instant action be **DISMISSED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the district judge to whom this case is assigned, WITHIN FOURTEEN (14) DAYS after being served with a copy thereof. The Clerk is directed to serve the petitioner at the **LAST ADDRESS** provided by him.

**SO RECOMMENDED**, this 30th day of September, 2010.



　　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE