IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| MATTHEW B. SAULS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CIVIL ACTION NO. 5:10-CV-99(MTT) |
|  | ) |  |
| JOHNNY CLEVELAND, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

## ORDER

This case is before the Court on the Recommendation (Doc. 14) of United States Magistrate Judge Claude W. Hicks, Jr. In response to the Defendant's Motion to Compel (Doc. 11), the Magistrate Judge Ordered (Doc. 12) the Plaintiff to respond to discovery requests. The Order was returned as undeliverable. The Magistrate Judge recommends dismissing the Plaintiff's case for his failure to prosecute and for his failure to keep the Court informed of his current mailing address as he is required to do. The Court sent a copy of the Recommendation to the Plaintiff, and it too was returned as undeliverable. The Court changed the Plaintiff's address to reflect his new location and sent the Recommendation again, but again it was returned as undeliverable. The Plaintiff, obviously, has filed no objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. This case is **DISMISSED**.

**SO ORDERED**, this the 5th day of November, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

Jch